AO 442 (12/85) Warrant for Arrest

USMS: 28915-512

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

FID:11895691

UNITED STATES OF AMERICA,

vs.

SHARON HENDERSON

**WARRANT FOR ARREST**

CASE NO. 1:25-CR-520 ~~UNDER SEAL~~

To:    The United States Marshal
        and any Authorized United States Officer

FILED IN ...
U...K...

... 2 2 2025

**YOU ARE HEREBY COMMANDED** to arrest SHARON HENDERSON and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Theft of government funds

in violation of **Title 18, United States Code, Section(s) 641**

KEVIN P. WEIMER
Name of Issuing Officer

_Signature of Issuing Officer_

Clerk, U.S. District Court
Title of Issuing Officer

December 2, 2025  at  Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
        Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received:    12·02·2025

Date of Arrest:    12·08·2025

SA Ronald Miler
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

**UNITED STATES DISTRICT COURT**  **FID:11895691**
**NORTHERN DISTRICT OF GEORGIA**

**COPY**

UNITED STATES OF AMERICA,

vs.

SHARON HENDERSON

**WARRANT FOR ARREST**

CASE NO. 1:25-CR-520
**UNDER SEAL**

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SHARON HENDERSON and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Theft of government funds

in violation of **Title 18, United States Code, Section(s) 641**

KEVIN P. WEIMER
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

December 2, 2025 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received:   **12/04/2025**

Date of Arrest:   **12/08/2025**

Special Agent Ronald H. Miller, Jr. / FBI
Name and Title of Arresting Officer

_(signature)_
Signature of Arresting Officer