JANURARY 5, 2026

Honorable Stacey Hydrick, Judge
Superior Court of Dekalb County
556 N McDonough Street
Decatur Ga 30030

Honorable , Judge
United States District Court for Northern District of Georgia Atlanta  Division
75 Ted Turner Dr SW
Atlanta Ga 30303


Your Honors:

**Please accept this as notice of conflict in scheduling for January 6, 2025** in accordance with Rule 17.1 of the Uniform Rules of Superior Court. The undersigned certifies that he is lead Counsel in each case listed and that substitute counsel could not adequately protect each client's interests.
Applying the rules set forth at 17.1, I will report in the order listed on Exhibit "A", attached hereto and Marked Exhibit "A".

Should there be any instructions regarding any of the above-listed matters, please advise.

Gerald A. Griggs



Georgia Bar Number 141643
Attorney for the Defendant
4751 Best Rd, #490
College Park, Georgia 30337 Telephone
(404) 596-8866  gerald@geraldagriggs.com
EXHIBIT "A" CONFLICTING CASES

EXHIBIT "A" CONFLICTING CASES

**Monday, January 5, 2026**
9:00AM
State of Georgia v. Miracle Williams
Superior Court of Dekalb County                                                         Trial Calendar
Case Number: 25W9973
Honorable Stacey Hydrick Judge
Opposing Counsel:
**ATTORNEY GRIGGS WILL APPEAR HERE 1ST**

**Tuesday, January 6, 2026**
10:30AM
United States of America v. Sharon Henderson
United States District Court for Northern District of Georgia Atlanta Division
                                                                                   Pretrial Conference
Case Number: 25CR00520
Honorable Judge
Opposing Counsel:
**ATTORNEY GRIGGS RESPECTFULLY ASK THE COURT TO RESET**